AO 442 (Rev. 11/11) Arrest Warrant

F I L E D
OCT 17 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

AW# 1:19mj446

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:19-CR-264 (MAD) |
| JOHN R. ELBAYEH aka JEAN R. ELBAYEH, | ) ) ) ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JOHN R. ELBAYEH aka JEAN R. ELBAYEH,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1709 - Theft of Mail Matter by Postal Employee

Date: 07/10/2019

_____
*Issuing officer's signature*

City and state: Albany, NY

Hon. Daniel J. Stewart, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/10/2019, and the person was arrested on *(date)* 10/17/2019
at *(city and state)* Dulles, VA.

Date: 10/17/2019

_____
*Arresting officer's signature*

Sean Perkins, Special Agent
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 10 2019
AT _____ O'CLOCK
John M. Domurad, Clerk - Albany

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.  1:19-CR- 264 (MAD) |
| | ) | |
| v. | ) | Indictment |
| | ) | |
| JOHN R. ELBAYEH aka | ) | Violations:  18 U.S.C. § 1709 |
| JEAN R. ELBAYEH, | ) | [Theft of Mail Matter by |
| | ) | Postal Employee] |
| | ) | |
| | ) | 10 Counts |
| | ) | |
| Defendant. | ) | County of Offense:  Albany |

## THE GRAND JURY CHARGES:

### COUNTS 1-10
[Theft of Mail Matter by Postal Employee]

On or about the following dates, in Albany County in the Northern District of New York, the defendant, **JOHN R. ELBAYEH aka JEAN R. ELBAYEH**, a United States Postal Service employee, did embezzle, steal and remove the following items from letters and packages that had been entrusted to the defendant, and come into his possession and intended to be conveyed by mail and carried and delivered by a person employed in any department of the Postal Service:

| Count | Approximate Date | Item |
|---|---|---|
| One | February 28, 2018 | Apple iPhone 7 Plus, IMEI 35381908014761 |
| Two | March 26, 2018 | Google Pixel 2 phone, IMEI 35753608433684 |
| Three | April 8, 2018 | Apple iPhone X, IMEI 35304409441876 |
| Four | May 23, 2018 | Apple iPhone 6S, IMEI 35576907416451 |
| Five | May 23, 2018 | Apple iPhone 6s, IMEI 35664708343617 |
| Six | June 13, 2018 | Apple iPhone X, IMEI 35671908630349 |
| Seven | June 15, 2018 | Apple iPhone X, IMEI 35672108673105 |
| Eight | June 20, 2018 | Apple iPhone 6 Plus, IMEI 35438606052579 |
| Nine | June 30, 2018 | Google Pixel phone, IMEI 35253108053560 |
| Ten | July 6, 2018 | Apple iPhone 8 Plus, IMEI 35671408346632 |

in violation of Title 18, United States Code, Section 1709.

Dated:   July 10, 2019

                                                    A TRUE BILL,   name redacted

                                                  Grand Jury Foreperson

GRANT C. JAQUITH
United States Attorney

By: _____
Michael Barnett
Assistant United States Attorney
Bar Roll No. 519140

2